214 F.2d 488
 Edith C. PETERSON, Appellant,
v.
SOUTHWESTERN GREYHOUND LINES, Inc., Appellee.
 No. 14879.
 United States Court of Appeals Fifth Circuit.
 July 16, 1954.
 
 Appeal from the United States District Court for the Western District of Texas; Ben H. Rice, Jr., Judge.
 Frank Vaughan, Guy Bonham, San Antonio, Tex., for appellant.
 Frank M. Wilson, Waco, Tex., for appellee.
 Before HOLMES and STRUM, Circuit Judges, and THOMAS, District Judge.
 PER CURIAM.
 
 
 1
 The judgment appealed from is affirmed.